**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Sunglo Home Health Services, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba Sunglo Adult Day Care VIII; dba Sunglo Adult Day Care II; dba Brighten Academy |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7  4  –  2  6  0  4  6  0  0 |

4. **Debtor's address**

**Principal place of business**

**3201 S. Expressway 83**
Number    Street

_____

**Harlingen**          **TX**    **78550**
City                    State   ZIP Code

**Cameron**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                    State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                    State   ZIP Code

5. **Debtor's website (URL)**    **www.sunglohhs.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Sunglo Home Health Services, Inc.**                    Case number (if known) _____

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

  __6__  __2__  __1__  __6__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.  *Check all that apply:*

  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                           MM / DD / YYYY
            District _____  When _____  Case number _____
                                           MM / DD / YYYY
            District _____  When _____  Case number _____
                                           MM / DD / YYYY

Debtor **Sunglo Home Health Services, Inc.**     Case number (if known) _____

| | |
|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes. Debtor _____ Relationship _____ |
| | District _____ When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |
| List all cases.  If more than 1, attach a separate list. | |
| | Debtor _____ Relationship _____ |
| | District _____ When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

11. **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number     Street

_____

_____
City     State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Sunglo Home Health Services, Inc.**                                        Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/14/2019**
MM / DD / YYYY

X **/s/ Linda Salazar** _____          **Linda Salazar** _____
Signature of authorized representative of debtor          Printed name

Title **Vice President** _____

**18. Signature of attorney**

X **/s/ Jana Smith Whitworth** _____          Date **02/14/2019** _____
Signature of attorney for debtor                                    MM / DD / YYYY

**Jana Smith Whitworth** _____
Printed name

**JS Whitworth Law Firm, PLLC** _____
Firm name

**112 E. Kiwi Street** _____
Number        Street

_____

**McAllen** _____          **TX**          **78504** _____
City                                                State          ZIP Code

**(956) 371-1933** _____          **jana@jswhitworthlaw.com** _____
Contact phone                                    Email address

**00797453** _____          **TX** _____
Bar number                                          State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

**Fill in this information to identify the case**

Debtor name      **Sunglo Home Health Services, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property                                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:     Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐  No.  Go to Part 2.
☑  Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **IBC BizRite Checking account** | **Checking account** | 7  0  5  3 | $40,817.95 |
| 3.2. | **Lone Star National Bank** **Business Checking Account XXX2303** | **Checking account** | 2  3  0  3 | $24,310.17 |
| 3.3. | **Lone Star National Bank** **Business Checking Account XXXX2159** | **Checking account** | 2  1  5  9 | $6,665.75 |
| 3.4. | **IBC Commercial** **Savings Account XXX3357** | **Savings account** | 3  3  5  7 | $32,500.00 |

4.  **Other cash equivalents**      *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$104,293.87

Debtor  **Sunglo Home Health Services, Inc.**_____  Case number (if known) _____
        Name

## Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| $0.00 |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:  **$91,858.95** – **$0.00** = ·············→  $91,858.95
      face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:  **$22,833.66** – **$0.00** = ·············→  $22,833.66
      face amount              doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $114,692.61 |

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method          Current value of
used for current value    debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| $0.00 |

Debtor   **Sunglo Home Health Services, Inc.**                    Case number (if known) _____
_____
Name

**Part 5:   Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | MM/DD/YYYY | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                                      $0.00

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops--either planted or harvested** | | | |
| 29.  **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                      $0.00

34.  **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

Debtor   **Sunglo Home Health Services, Inc.**                                    Case number (if known) _____
　　　　　Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture for Headquarters (Harlingen Office) | $5,000.00 | Estimated Value | $5,000.00 |
| Office Furniture for San Benito Location: | $2,000.00 | Estimated Value | $2,000.00 |
| Office Furniture for Rio Grande City Office: | $1,000.00 | Estimated Value | $1,000.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Equipment for Headquarters (Harlingen Office): | $5,000.00 | Estimated Value | $5,000.00 |
| Office Equipment for San Benito Office: | $500.00 | Estimated Value | $500.00 |
| Office Equipment for Rio Grande City Office: | $1,500.00 | Estimated Value | $1,500.00 |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                     $15,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| Debtor | **Sunglo Home Health Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Toyota Corolla VIN#77831** | **$13,100.00** | **NADA** | **$13,100.00** |
| 47.2. **2016 Toyota Corolla VIN#83376** | **$13,100.00** | **NADA** | **$13,100.00** |
| 47.3. **2016 Toyota Corolla VINC#67777** | **$13,100.00** | **NADA** | **$13,100.00** |
| 47.4. **2016 Toyota Corolla VIN#68549** | **$13,100.00** | **NADA** | **$13,100.00** |
| 47.5. **2016 Toyota Corolla VIN#471841** | **$13,100.00** | **NADA** | **$13,100.00** |
| 47.6. **2015 Toyota Corolla VIN#1840** | **$11,250.00** | **NADA** | **$11,250.00** |
| 47.7. **2015 Toyota Corolla VIN#3366** | **$11,250.00** | **NADA** | **$11,250.00** |
| 47.8. **2015 Toyota Corolla VIN#11840** | **$11,250.00** | **NADA** | **$11,250.00** |
| 47.9. **2015 Ford Transit Van VIN#26238** | **$16,500.00** | **NADA** | **$16,500.00** |
| 47.10. **2015 Chevrolet Express Van VIN#225892** | **$15,400.00** | **NADA** | **$15,400.00** |
| 47.11. **2014 Chevrolet Express Van VIN#94079** | **$14,750.00** | **NADA** | **$14,750.00** |
| 47.12. **2013 Hyundai Elantra VIN#373261** | **$8,000.00** | **NADA** | **$8,000.00** |
| 47.13. **2014 Hyundai Elantra VIN#372756** | **$8,600.00** | **NADA** | **$8,600.00** |
| 47.14. **2014 Hyundai Elantra VIN#372772** | **$8,600.00** | **NADA** | **$8,600.00** |
| 47.15. **2014 Hyundai Elantra VIN#221673** | **$8,600.00** | **NADA** | **$8,600.00** |
| 47.16. **2006 Honda Civic VIN#12262** | **$3,116.00** | **NADA** | **$3,116.00** |
| 47.17. **2006 Honda Ridgeline VIN#39547** | **$5,546.00** | **NADA** | **$5,546.00** |
| 47.18. **2006 Doge Ram VIN#54290** | **$18,218.00** | **NADA** | **$18,218.00** |
| 47.19. **2007 Ford Focus VIN#47059** | **$2,983.00** | **NADA** | **$2,983.00** |
| 47.20. **2007 Chevrolet Cobalt VIN#86388** | **$2,900.00** | **NADA** | **$2,900.00** |
| 47.21. **2007 Chevrolet Cobalt VIN#76751** | **$2,900.00** | **NADA** | **$2,900.00** |
| 47.22. **2013 Chevrolet Express Van VIN#26485** | **$14,250.00** | **NADA** | **$14,250.00** |
| 47.23. **2016 Toyota Corolla VINxxx0359** | | | **$13,100.00** |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$242,713.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor __**Sunglo Home Health Services, Inc.**_____     Case number (if known) _____
Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **Sunglo Home Health Services, Inc.'s Home and Community Support Services Agency License (Harlingen, Texas): License Number 002231** | | | Unknown |
| **Sunglo Home Health Services, Inc.'s Home and Community Support Services Agency License (Rio Grande City, Texas): License Number 002643** | | | Unknown |
| **Sunglo Home Health Services d/b/a Sunglo Adult Day Care II's DAHS Facility License (San Benito) issued by Texas Health and Human Services Commission: License Number 149771** | | | Unknown |
| **63.  Customer lists, mailing lists, or other compilations** | | | |

| Debtor | **Sunglo Home Health Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**64.  Other intangibles, or intellectual property**

**65.  Goodwill**

**66.  Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

$0.00

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor  **Sunglo Home Health Services, Inc.**                                    Case number (if known) _____
       Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $104,293.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $114,692.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $242,713.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $476,699.48 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ..................................................................................... $476,699.48

**Fill in this information to identify the case:**

Debtor name **Sunglo Home Health Services, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

| Creditor's name **Ally Bank** | Describe debtor's property that is subject to a lien | $15,016.42 | $14,750.00 |
| --- | --- | --- | --- |

Creditor's mailing address
**c/o Ally Servicing LLC**

**P.O. Box 130424**

**2014 Chevrolet Express Van VIN# 94079**

**Describe the lien**
**Promissory Note / Agreement**

**Roseville       MN   55113-0004**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred   **09/2015**

Last 4 digits of account
number            **7   6   1   3**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$863,235.53

Debtor   **Sunglo Home Health Services, Inc.** _____ Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name
**Ally Bank**

Creditor's mailing address
**c/o Ally Servicing LLC**
**P.O. Box 130424**
_____

**Roseville            MN   55113-0004**
Creditor's email address, if known
_____

Date debt was incurred     **03/2018**
Last 4 digits of account
number                    **9   9   9   8**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2013 Hyundai Elantra VIN#373261**

Describe the lien
**Promissory Note / Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,041.04**        **$8,000.00**

**2.3** Creditor's name
**Ally Bank**

Creditor's mailing address
**c/o Ally Servicing LLC**
**P.O. Box 130424**
_____

**Roseville            MN   55113-0004**
Creditor's email address, if known
_____

Date debt was incurred     **03/2017**
Last 4 digits of account
number                    **8   8   4   9**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2014 Hyundai Elantra VIN#372756**

Describe the lien
**Promissory Note / Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,041.04**        **$8,600.00**

Debtor  **Sunglo Home Health Services, Inc.**                          Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.4** Creditor's name
**Ally Bank**

Creditor's mailing address
**c/o Ally Servicing LLC**

**P.O. Box 130424**

_____

**Roseville          MN   55113-0004**

Creditor's email address, if known

_____

Date debt was incurred      **02/2017**

Last 4 digits of account
number                **8   0   5   8**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
        relative priority?

     ☐ No. Specify each creditor, including this
              creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
              specified on lines _____

Describe debtor's property that is
subject to a lien

**2014 Hyundai Elantra VIN#372772**

Describe the lien

**Promissory Note / Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,030.91          $8,600.00

---

**2.5** Creditor's name
**Ally Bank**

Creditor's mailing address
**c/o Ally Servicing LLC**

**P.O. Box 130424**

_____

**Roseville          MN   55113-0004**

Creditor's email address, if known

_____

Date debt was incurred      **02/2017**

Last 4 digits of account
number                **6   8   1   2**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
        relative priority?

     ☐ No. Specify each creditor, including this
              creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
              specified on lines _____

Describe debtor's property that is
subject to a lien

**2014 Hyundai Elantra VIN#221673**

Describe the lien

**Promissory Note / Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,393.21          $8,600.00

Debtor   **Sunglo Home Health Services, Inc.**                          Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | **Column A** | **Column B** |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the | that supports |
| | value of collateral. | this claim |

**2.6**   Creditor's name
**BBVA Compass Bank**

Creditor's mailing address
**P.O. Box10566**

_____

_____

**Birmingham          AL     35296**

Creditor's email address, if known

_____

Date debt was incurred     **02/2016**

Last 4 digits of account
number                          **3   9   1   5**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
          relative priority?

   ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien

**2015 Ford Transit Van VIN#26238**

Describe the lien

**Promissory Note / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,818.92          $16,500.00

---

**2.7**   Creditor's name
**Ford Motor Credit Company, LLC**

Creditor's mailing address
**P.O. Box 62180**

_____

**Colorado Springs     CO    80962**

Creditor's email address, if known

_____

Date debt was incurred     **04/2015**

Last 4 digits of account
number                          **4   9   5   9**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
          relative priority?

   ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien

**2015 Chevrolet Express Van VIN#
225892**

Describe the lien

**Promissory Note / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,962.71          $15,400.00

Debtor    **Sunglo Home Health Services, Inc.**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

---

**2.8** Creditor's name
**Harlingen Tax Office**

Creditor's mailing address
**P.O. Box 2643**
_____

_____
**Harlingen        TX    78551**

Creditor's email address, if known
_____

Date debt was incurred    **01/2019**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Pesonal Property**

Describe the lien
**Ad Valorem Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,816.49**          **$0.00**

---

**2.9** Creditor's name
**Internal Revenue Service**

Creditor's mailing address
**300 E. 8th Street - M/S 5026 AUS**
_____

**Austin        TX    78701**

Creditor's email address, if known
_____

Date debt was incurred    **2016**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien
**941 Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$687,000.00**          **$0.00**

---

Debtor  **Sunglo Home Health Services, Inc.**                    Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.10**  Creditor's name
**Tony Yzaguirre, Jr.**

Creditor's mailing address
**Cameron County Tax Assessor-Collect**

**835 E. Levee Street**

_____

**Brownsville        TX    78520**

Creditor's email address, if known

_____

Date debt was incurred    **01/31/2019**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**Personal Property**

Describe the lien
**Ad Valorem Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,630.99**                    **$0.00**

---

**2.11**  Creditor's name
**Toyota Motor Credit Corporation**

Creditor's mailing address
**c/o Toyota Financial Services**

**P.O. Box 5855**

_____

**Carol Stream        IL    60197**

Creditor's email address, if known

_____

Date debt was incurred    **01/2016**

Last 4 digits of account
number                    **6   1   0   7**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2016 Toyota Corolla VIN#77831**

Describe the lien
**Promissory Note / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,272.03**                    **$13,100.00**

Debtor  **Sunglo Home Health Services, Inc.**　　　　　　　　Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.12**

**Creditor's name**
**Toyota Motor Credit Corporation**

**Creditor's mailing address**
**c/o Toyota Financial Services**

**P.O. Box 5855**

_____

**Carol Stream          IL    60197**

**Creditor's email address, if known**

_____

**Date debt was incurred**　　**02/2016**

**Last 4 digits of account number**　　**7  1  7  0**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2016 Toyota Corolla VIN#83376**

**Describe the lien**

**Promissory Note / Agreement**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,641.57　　　$13,100.00

---

**2.13**

**Creditor's name**
**Toyota Motor Credit Corporation**

**Creditor's mailing address**
**c/o Toyota Financial Services**

**P.O. Box 5855**

_____

**Carol Stream          IL    60197**

**Creditor's email address, if known**

_____

**Date debt was incurred**　　**02/2016**

**Last 4 digits of account number**　　**7  1  4  3**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2016 Toyota Corolla VINC#67777**

**Describe the lien**

**Promissory Note / Agreement**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,641.70　　　$13,100.00

Debtor   **Sunglo Home Health Services, Inc.**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.14**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $10,641.57 | $13,100.00 |

**Creditor's name**
**Toyota Motor Credit Corporation**

**Describe debtor's property that is subject to a lien**

**2016 Toyota Corolla VIN#68549**

**Creditor's mailing address**
**c/o Toyota Financial Services**

**P.O. Box 5855**

**Describe the lien**

**Promissory Note / Agreement**

_____

**Carol Stream        IL    60197**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    02/2016**

**Last 4 digits of account number        7  1  4  1**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.15**

**Creditor's name**
**Toyota Motor Credit Corporation**

**Describe debtor's property that is subject to a lien**

**2016 Toyota Corolla VIN#471841**

$12,715.10                $13,100.00

**Creditor's mailing address**
**c/o Toyota Financial Services**

**P.O. Box 5855**

**Describe the lien**

**Promissory Note / Agreement**

_____

**Carol Stream        IL    60197**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    04/2016**

**Last 4 digits of account number        3  7  1  5**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor  **Sunglo Home Health Services, Inc.**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

| | | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.16** | **Creditor's name**
**Toyota Motor Credit Corporation**

| | |
|---|---|
| **Creditor's mailing address** **c/o Toyota Financial Services** **P.O. Box 5855** | **Describe debtor's property that is subject to a lien** — $12,478.76 — $13,100.00 |

**Describe debtor's property that is subject to a lien**    $12,478.76    $13,100.00

**2016 Toyota Corolla VINxxx0359**

**Creditor's mailing address**
**c/o Toyota Financial Services**
**P.O. Box 5855**

_____

**Carol Stream      IL    60197**

**Creditor's email address, if known**

_____

**Describe the lien**
**Promissory Note / Agreement**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    04/2016**

**Last 4 digits of account number       4   2   9   5**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.17** | **Creditor's name**
**Toyota Motor Credit Corporation**

**Describe debtor's property that is subject to a lien**    $7,145.37    $11,250.00

**2015 Toyota Corolla VIN#1840**

**Creditor's mailing address**
**c/o Toyota Financial Services**
**P.O. Box 5855**

_____

**Carol Stream      IL    60197**

**Creditor's email address, if known**

_____

**Describe the lien**
**Promissory Note / Agreement**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    05/2015**

**Last 4 digits of account number       2   1   4   4**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

---

Debtor   **Sunglo Home Health Services, Inc.**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**2.18**

| **Creditor's name** | Describe debtor's property that is | $7,607.46 | $11,250.00 |
|---|---|---|---|
| **Toyota Motor Credit Corporation** | **subject to a lien** | | |

**Creditor's mailing address**
**c/o Toyota Financial Services**

**P.O. Box 5855**

**2015 Toyota Corolla VIN#3366**

**Describe the lien**

**Promissory Note / Agreement**

_____

**Carol Stream        IL    60197**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred     05/2015**

**Last 4 digits of account**
**number              0   5   9   6**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.19**

| **Creditor's name** | Describe debtor's property that is | $7,340.24 | $11,250.00 |
|---|---|---|---|
| **Toyota Motor Credit Corporation** | **subject to a lien** | | |

**Creditor's mailing address**
**c/o Toyota Financial Services**

**P.O. Box 5855**

**2015 Toyota Corolla VIN#11840**

**Describe the lien**

**Promissory Note / Agreement**

_____

**Carol Stream        IL    60197**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred     08/2015**

**Last 4 digits of account**
**number              6   1   4   0**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor   **Sunglo Home Health Services, Inc.**                    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Internal Revenue Service** **Centralized Insolvency Operation** **P.O. Box 7346** **Philadelphia          PA     19101-7346** | Line  **2.9** | ___ ___ ___ ___ |
| **Linebarger Goggan Blair & Sampson, LLP** **Attn: Diane W. Sanders** **P.O. Box 17428** **Austin          TX     78760** | Line  **2.10** | ___ ___ ___ ___ |
| **Linebarger Goggan Blair & Sampson, LLP** **Attn: Diane W. Sanders** **P.O. Box 17428** **Austin          TX     78760** | Line  **2.10** | ___ ___ ___ ___ |
| **Linebarger Goggan Blair & Sampson, LLP** **Attn: Diane W. Sanders** **P.O. Box 17428** **Austin          TX     78760** | Line  **2.8** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    **Sunglo Home Health Services, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Internal Revenue Service**

**300 E. 8th Street - M/S 5026 AUS**

_____

_____

**Austin**      **TX**    **78701**

Date or dates debt was incurred

**2016**

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**IRS Healthcare Insurance Tax/Penalty**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim   **$215,300.00**      Priority amount   **$215,300.00**

Debtor   **Sunglo Home Health Services, Inc.**                           Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: **$2,579.09**
*Check all that apply.*

Ability Network, Inc.

P.O. Box 856015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Mineapolis | MN | 55485-6015 | **Services Rendered** |

Date or dates debt was incurred     12/2018-01/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.2**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: **$2,878.20**
*Check all that apply.*

AllScripts

24630 Network Place

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Chicago | IL | 60673 | **Goods Sold** |

Date or dates debt was incurred     07/2018 - 01/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.3**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: **$10,490.00**
*Check all that apply.*

Amerifactors

P.O. Box 628328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Orlando | FL | 32862 | **Services Rendered** |

Date or dates debt was incurred     08/2018

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.4**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: **$10,200.00**
*Check all that apply.*

Beta Therapy Management Inc.

1287 Janet Lane

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Brownsville | TX | 78526 | **Services Rendered** |

Date or dates debt was incurred     12/2017

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Debtor    **Sunglo Home Health Services, Inc.** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5**  Nonpriority creditor's name and mailing address

**Brandi Whitemeyerr, RN**

**421 Hower Street NE**

_____

**North Canton**          **OH**    **44720**

Date or dates debt was incurred    **01/2019**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services Rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,095.00**

---

**3.6**  Nonpriority creditor's name and mailing address

**Brewer Office Systems**

**405 West Van BUren**

_____

**Harlingen**          **TX**    **78550**

Date or dates debt was incurred    **12/2018**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Rental Payments for Copiers**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$140.73**

---

**3.7**  Nonpriority creditor's name and mailing address

**Capital One, F.S.B.**

**P.O. Box 60599**

_____

**City of Industry**          **CA**    **91716**

Date or dates debt was incurred    **02/2018 - 1/2019**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Services Rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,379.61**

---

**3.8**  Nonpriority creditor's name and mailing address

**EFB Partners, LLC**

**8200 N.W. 52nd Terrace, Suite 200**

**Doral, GL  33166**

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Operating Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Unknown**

---

Debtor  **Sunglo Home Health Services, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $106,879.00 |
|---|---|---|---|

**Frost Bank**

**P.O. Box 34746**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**          TX          78265

Basis for the claim:
**Promissory Note**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**Knight Capital Funding III LLC - SPV**

**9 East Loockerman Ste 3A-543**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Dover**          DE          19901

Basis for the claim:
**Operating Loan**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,079.00 |
|---|---|---|---|

**L.R. Pelly, M.D.**

**34 Robins Lane**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Brownsville**          TX          78521

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred  **01/2018 - 01/2018**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.56 |
|---|---|---|---|

**Liberty DME**

**1708 Mozelle Street**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pharr**          TX          78577

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred  **08/2018 - 01/2019**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Sunglo Home Health Services, Inc.**                     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

**Lone Star National Bank**

☐ Contingent

**Attn: Loan Servicing**

☐ Unliquidated
☐ Disputed

**McAllen**                         **TX**      **78504**

Basis for the claim:
**Promissory Note**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.14** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,000.00**

**Mario L. Vasquez Aguilar, PLLC**

☐ Contingent

**2768 Pharmacy Road**

☐ Unliquidated
☐ Disputed

**Rio Grande City**                 **TX**      **78582**

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred   **07/2017 - 08/2017**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.15** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$110,947.07**

**McKesson Information Solutions**

☐ Contingent

**P.O. Box 98347**

☐ Unliquidated
☐ Disputed

**Chicago**                         **IL**      **60693**

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred   **12/2016 - 03/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.16** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$4,650.43**

**Medline Ind**

☐ Contingent

**P.O. Box 121080**

☐ Unliquidated
☐ Disputed

**Dallas**                          **TX**      **75312**

Basis for the claim:
**Services Rendered**

Date or dates debt was incurred   **01/2018 - 01/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Sunglo Home Health Services, Inc.**                     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$675.00**
                                                                    *Check all that apply.*

Noe Reyes                                                           ☐ Contingent

1108 N. 35th Street                                                 ☐ Unliquidated
                                                                    ☐ Disputed

Hidalgo                        TX        78557                      Basis for the claim:
                                                                    Services Rendered

Date or dates debt was incurred        06/2017 - 08/2017           Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number        __ __ __ __                 ☐ Yes

---

**3.18**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                  **$1,618.77**
                                                                    *Check all that apply.*

Purchase Power                                                      ☐ Contingent

P.O. Box 371874                                                    ☐ Unliquidated
                                                                    ☐ Disputed

Pittsburgh                     PA        15250                      Basis for the claim:
                                                                    Services Rendered

Date or dates debt was incurred        03/2018 - 01/2019           Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number        __ __ __ __                 ☐ Yes

---

**3.19**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                    **$451.43**
                                                                    *Check all that apply.*

Shred-It San Antonio                                               ☐ Contingent

28883 Network Place                                               ☐ Unliquidated
                                                                    ☐ Disputed

Chicago                        IL        60673                      Basis for the claim:
                                                                    Services Rendered

Date or dates debt was incurred        01/2019                     Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number        __ __ __ __                 ☐ Yes

---

**3.20**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:                  **$2,130.86**
                                                                    *Check all that apply.*

Strategic Healthcare Programs                                     ☐ Contingent

P.O. Box 101019                                                   ☐ Unliquidated
                                                                    ☐ Disputed

Atlanta                        GA        30392                      Basis for the claim:
                                                                    Services Rendered

Date or dates debt was incurred        02/2018 - 01/2019           Is the claim subject to offset?
                                                                    ☑ No
Last 4 digits of account number        __ __ __ __                 ☐ Yes

---

Debtor  **Sunglo Home Health Services, Inc.**                               Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** Nonpriority creditor's name and mailing address

**Terminix - Weslaco**

**802 Westway Drive**

_____

**Harlingen**              **TX    78552**

Date or dates debt was incurred     **01/2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$163.46**

---

**3.22** Nonpriority creditor's name and mailing address

**Texas Workforce Commission**

**101 E. 15th Street, Room 556**

_____

**Austin**               **TX    78778**

Date or dates debt was incurred     **01/2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,263.74**

---

**3.23** Nonpriority creditor's name and mailing address

**The Lamar Companies**

**2001 Industrial Way**

_____

**San Benito**              **TX    78586**

Date or dates debt was incurred     **12/2018 - 01/2019**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,698.00**

---

**3.24** Nonpriority creditor's name and mailing address

**Therapy at Home, PLLC**

**2418 Buddy Owens Boulevard**

_____

**McAllen**              **TX    78504**

Date or dates debt was incurred     **04/2017 - 06/2017**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,354.00**

---

Debtor   **Sunglo Home Health Services, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,454.95 |
|---|---|---|---|

**Time Warner Cable**

**P.O. 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**City of Industry**          CA     91716

**Basis for the claim:**
**Services Rendered**

Date or dates debt was incurred     **01/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,622.50 |
|---|---|---|---|

**Valley Healing Hands, LLC**

**3475 W. Alton Gloor, Suite D**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Brownsville**          TX     78520

**Basis for the claim:**
**Services Rendered**

Date or dates debt was incurred     **06/2017 - 02/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,155.00 |
|---|---|---|---|

**Veronica's Physical Therapy Services, PL**

**5346 E. Hwy 83 - Unit 2, Building Aa**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Rio Grande City**          TX     78582

**Basis for the claim:**
**Services Rendered**

Date or dates debt was incurred     **01/2016 - 01/2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Debtor   **Sunglo Home Health Services, Inc.**        Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service** | Line __**2.1**__ | __ __ __ __ |
| | **Centralized Insolvency Operation** | ☐ Not listed.  Explain: | |
| | **P.O. Box 7346** | | |
| | | | |
| | **Philadelphia**    **PA**    **19101-7346** | | |
| 4.2 | **Office of Attorney General-BK & Collect** | Line __**3.22**__ | __ __ __ __ |
| | **P.O. Box 12548, MC-008** | ☐ Not listed.  Explain: | |
| | | | |
| | **Austin**    **TX**    **78711** | | |

Debtor    **Sunglo Home Health Services, Inc.**                          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.       $215,300.00 |
| 5b. | **Total claims from Part 2** | 5b. **+**    $462,275.40 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.     $677,575.40 |

**Fill in this information to identify the case:**

Debtor Name  **Sunglo Home Health Services, Inc.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                   12/15

| Part 1: | Summary of Assets |
|---|---|

**1.  Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. | **Real property:**<br>Copy line 88 from Schedule A/B............................................................................ | **$0.00** |
| 1b. | **Total personal property:**<br>Copy line 91A from Schedule A/B...................................................................... | **$476,699.48** |
| 1c. | **Total of all property**<br>Copy line 92 from Schedule A/B........................................................................... | **$476,699.48** |

| Part 2: | Summary of Liabilities |
|---|---|

| | | |
|---|---|---|
| 2. | **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)<br>Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$863,235.53** |
| 3. | **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F) | |
| 3a. | **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F................................ | **$215,300.00** |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $462,275.40** |
| 4. | **Total liabilities**<br>Lines 2 + 3a + 3b............................................................................................... | **$1,540,810.93** |

**Fill in this information to identify the case and this filing:**

Debtor Name    **Sunglo Home Health Services, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/14/2019**                    X **/s/ Linda Salazar**
      MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                      **Linda Salazar**
                                      Printed name
                                      **Vice President**
                                        Position or relationship to debtor

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

In re **Sunglo Home Health Services, Inc.**                    Case No. _____

                                                               Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept..........................Hourly: Estimated Total | **$45,000.00** |
| Prior to the filing of this statement I have received........................................................ | **$20,000.00** |
| Balance Due...........................................................................Hourly: Approximately | **$25,000.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __02/14/2019__ | **/s/ Jana Smith Whitworth** |
| *Date* | *Jana Smith Whitworth*                     Bar No.  00797453 |
| | JS Whitworth Law Firm, PLLC |
| | 112 E. Kiwi Street |
| | McAllen, Texas  78504 |
| | Phone: (956) 371-1933 / Fax: (956) 265-1753 |

---

**/s/ Linda Salazar**

*Linda Salazar*
*Vice President*

**Fill in this information to identify the case:**

Debtor name    **Sunglo Home Health Services, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service 300 E. 8th Street - M/S 5026 AUS Austin, TX  78701 | | 941 Taxes | | $687,000.00 | $0.00 | $687,000.00 |
| 2 | Internal Revenue Service 300 E. 8th Street - M/S 5026 AUS Austin, TX  78701 | | IRS Healthcare Insurance Tax/Penalty | | | | $215,300.00 |
| 3 | McKesson Information Solutions P.O. Box 98347 Chicago, IL 60693 | | Services Rendered | | | | $110,947.07 |
| 4 | Frost Bank P.O. Box 34746 San Antonio, Texas 78265 | | Promissory Note | | | | $106,879.00 |
| 5 | Veronica's Physical Therapy Services, PL 5346 E. Hwy 83 - Unit 2, Building Aa Rio Grande City, TX 78582 | | Services Rendered | | | | $89,155.00 |

Debtor   **Sunglo Home Health Services, Inc.**  _____   Case number (if known) _____
　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Valley Healing Hands, LLC 3475 W. Alton Gloor, Suite D Brownsville, Texas 78520 | | Services Rendered | Unliquidated Disputed | | | $67,622.50 |
| 7  L.R. Pelly, M.D. 34 Robins Lane Brownsville, Texas 78521 | | Services Rendered | | | | $27,079.00 |
| 8  Harlingen Tax Office P.O. Box 2643 Harlingen, Texas 78551 | | Ad Valorem Taxes | | $11,816.49 | $0.00 | $11,816.49 |
| 9  Amerifactors P.O. Box 628328 Orlando, FL  32862 | | Services Rendered | | | | $10,490.00 |
| 10  Beta Therapy Management Inc. 1287 Janet Lane Brownsville, Texas 78526 | | Services Rendered | | | | $10,200.00 |
| 11  Therapy at Home, PLLC 2418 Buddy Owens Boulevard McAllen, Texas 78504 | | Services Rendered | | | | $5,354.00 |
| 12  Texas Workforce Commission 101 E. 15th Street, Room 556 Austin, Texas 78778 | | Taxes | | | | $5,263.74 |
| 13  The Lamar Companies 2001 Industrial Way San Benito, Texas 78586 | | Services Rendered | | | | $4,698.00 |

Debtor   **Sunglo Home Health Services, Inc.**                         Case number (if known) _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Medline Ind P.O. Box 121080 Dallas, Texas 75312 | | Services Rendered | | | | $4,650.43 |
| 15  Mario L. Vasquez Aguilar, PLLC 2768 Pharmacy Road Rio Grande City, Texas 78582 | | Services Rendered | | | | $3,000.00 |
| 16  AllScripts 24630 Network Place Chicago, IL  60673 | | Goods Sold | | | | $2,878.20 |
| 17  Tony Yzaguirre, Jr. Cameron County Tax Assessor-Collector 835 E. Levee Street Brownsville, Texas 78520 | | Ad Valorem Taxes | | $2,630.99 | $0.00 | $2,630.99 |
| 18  Ability Network, Inc. P.O. Box 856015 Mineapolis, MN  55485-6015 | | Services Rendered | | | | $2,579.09 |
| 19  Time Warner Cable P.O. 60074 City of Industry, CA 91716 | | Services Rendered | | | | $2,454.95 |
| 20  Capital One, F.S.B. P.O. Box 60599 City of Industry, CA 91716 | | Services Rendered | | | | $2,379.61 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:                                                      CHAPTER   **11**

**Sunglo Home Health Services, Inc.**


DEBTOR(S)                                                  CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Linda Salazar 2502 Emerald Lake Drive Harlingen, Texas 78550 | Shareholder | 50% | Owner |
| Ruben G. Salazar 2502 Emerald Lake Drive Harlingen, Texas 78550 | Shareholder | 50% | Owner |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Vice President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **2/14/2019** _____        Signature:  **/s/ Linda Salazar** _____
                                                                          *Linda Salazar*
                                                                          **Vice President**

Ability Network, Inc.
P.O. Box 856015
Mineapolis, MN  55485-6015

Capital One, F.S.B.
P.O. Box 60599
City of Industry, CA  91716

Linda Salazar
2502 Emerald Lake Drive
Harlingen, Texas 78550


AllScripts
24630 Network Place
Chicago, IL  60673

EFB Partners, LLC
8200 N.W. 52nd Terrace, Suite
200
Doral, GL  33166

Linebarger Goggan Blair &
Sampson, LLP
Attn: Diane W. Sanders
P.O. Box 17428
Austin, TExas 78760


Ally Bank
c/o Ally Servicing LLC
P.O. Box 130424
Roseville, MN  55113-0004

Ford Motor Credit Company, LLC
P.O. Box 62180
Colorado Springs, CO  80962

Lone Star National Bank
Attn: Loan Servicing
McAllen, TX 78504


Amerifactors
P.O. Box 628328
Orlando, FL  32862

Frost Bank
P.O. Box 34746
San Antonio, Texas 78265

Mario L. Vasquez Aguilar, PLLC
2768 Pharmacy Road
Rio Grande City, Texas 78582


BBVA Compass Bank
P.O. Box10566
Birmingham, AL  35296

Harlingen Tax Office
P.O. Box 2643
Harlingen, Texas 78551

McKesson Information Solutions
P.O. Box 98347
Chicago, IL 60693


BBVA Compass Bank
aat: Kyle M. Taylor, VP ARMS
Division
6333 Douglas Avenue, 2nd Floor
Dallas, Texas 75225

Internal Revenue Service
300 E. 8th Street – M/S 5026
AUS
Austin, TX  78701

Medline Ind
P.O. Box 121080
Dallas, Texas 75312


Beta Therapy Management Inc.
1287 Janet Lane
Brownsville, Texas 78526

Internal Revenue Service
Centralized Insolvency
Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Noe Reyes
1108 N. 35th Street
Hidalgo, Texas  78557


Bill D. Pope & Maria Del
Rosario Pope
P.O. Box 116
Rio Grande City, Texas 78582

Knight Capital Funding III LLC
– SPV
9 East Loockerman Ste 3A-543
Dover, DE  19901

Office of Attorney General-BK
& Collect
P.O. Box 12548, MC-008
Austin, Texas  78711


Brandi Whitemeyerr, RN
421 Hower Street NE
North Canton, OH 44720

L.R. Pelly, M.D.
34 Robins Lane
Brownsville, Texas 78521

Providenia Holdings, LLC
920 W. Van Buren Avenue
Harlingen, TX 78550


Brewer Office Systems
405 West Van BUren
Harlingen, Texas 78550

Liberty DME
1708 Mozelle Street
Pharr, Texas 78577

Purchase Power
P.O. Box 371874
Pittsburgh, PA  15250

Ruben G. Salazar
2502 Emerald Lake Drive
Harlingen, Texas 78550

Valley Healing Hands, LLC
3475 W. Alton Gloor, Suite D
Brownsville, Texas 78520

Shred-It San Antonio
28883 Network Place
Chicago, IL  60673

Veronica's Physical Therapy
Services, PL
5346 E. Hwy 83 - Unit 2,
Building Aa
Rio Grande City, TX  78582

Strategic Healthcare Programs
P.O. Box 101019
Atlanta, GA  30392

Terminix - Weslaco
802 Westway Drive
Harlingen, Texas 78552

Texas Workforce Commission
101 E. 15th Street, Room 556
Austin, Texas 78778

The Lamar Companies
2001 Industrial Way
San Benito, Texas 78586

Therapy at Home, PLLC
2418 Buddy Owens Boulevard
McAllen, Texas 78504

Time Warner Cable
P.O. 60074
City of Industry, CA 91716

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-
Collector
835 E. Levee Street
Brownsville, Texas 78520

Toyota Motor Credit
Corporation
c/o Toyota Financial Services
P.O. Box 5855
Carol Stream, IL  60197